```
1  PHILLIP A. TALBERT
   United States Attorney
2  CHAN HEE CHU
   Special Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00256-SAB |
|---|---|
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL |
| ARIS H. DELLALIAN, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1: 22-cr-00256-SAB against ARIS H. DELLALIAN, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: April 7, 2023                               Respectfully submitted,

                                                   PHILLIP A. TALBERT
                                                   United States Attorney

                                            By:    /s/ *Chan Hee Chu*
                                                   CHAN HEE CHU
                                                   Special Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1: 22-cr-00256-SAB against ARIS H. DELLALIAN be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **April 7, 2023**

UNITED STATES MAGISTRATE JUDGE